**Thelma WILLIAMS, Jr., Appellant,**

v.

**Barbara SMALLWOOD, Mailroom, Varner Unit, ADC; Johnson, Lt., Varner Unit, ADC; Karen Clark, Special Agent, Arkansas State Police; Steven L. King, Special Agent, Arkansas State Police; Willie Hampton, ADC Staff Member, Appellees.**

No. 07–3218.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 3, 2008.

Filed: Dec. 8, 2008.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

PER CURIAM.

Arkansas inmate Thelma Williams appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint. After careful review, *see Koehler v. Brody,* 483 F.3d 590, 596 (8th Cir.2007) (de novo review of dismissal for failure to state claim), we conclude that dismissal was proper, *see Bell Atl. Corp. v. Twombly,* 550 U.S. 544, 127 S.Ct. 1955, 1965, 167 L.Ed.2d 929 (2007) (to state claim, facts must be sufficient to raise right to relief above speculative level); *Lewis v. Casey,* 518 U.S. 343, 350–53, 116 S.Ct. 2174, 135 L.Ed.2d 606 (1996) (to state access-to-courts claim, prisoner must allege actual injury, i.e., "that a nonfrivolous legal claim had been frustrated or was being impeded"); *Martin v. Sargent,* 780 F.2d 1334, 1338 (8th Cir.1985) ("Verbal threats are not constitutional violations cognizable under § 1983.").

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.